**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | Bankruptcy Case # |
| **ECO-Preservation Service, L.L.C., et al**[1] | ) | **22-02429-DSC-11** |
| | ) | **(Jointly Administered)** |
| Debtor(s) | ) | |

## <u>ORDER GRANTING BANKRUPTCY ADMINISTRATOR'S MOTION FOR AN ORDER SETTING BAR DATES FOR FILING CLAIMS</u>

This matter came before the Court on May 1, 2024, upon the Motion filed by the Bankruptcy Administrator for the Northern District of Alabama for an order setting bar dates for filing claims. Robert H. Adams and Lynne O'Neal appeared for D.R. Horton, Inc.-Birmingham, and Jon A. Dudeck appeared for the Bankruptcy Administrator. Fred Garfield stood in for Harry P. Long, counsel for the Debtor. Based on arguments of counsel and the pleadings, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

That the Bankruptcy Administrator's Motion is GRANTED and the Clerk's Office is directed to notify creditors and governmental units to file claims **on or before July 31, 2024**. Furthermore, creditors shall file their claim(s) in the respective case(s) of ECO-Preservation Services, L.L.C. 22-02429-DSC-11; SERMA Holdings, L.L.C. 22-02430-TOM-11; and John Michael White, Sr. 22-02431-TOM-11, to which their claims relate.

Dated: May 16, 2024

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification or social security number, include: ECO-Preservation Services, L.L.C. (6084), SERMA Holdings, LLC (8211), and John Michael White, Sr. (1996). The Debtors' service address is P.O. Box 679, Leeds, Alabama 35094.